NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE: LIFEWATCH TECHNOLOGIES LTD., FKA CARD GUARD SCIENTIFIC SURVIVAL LTD.,
*Appellant*

———————————

### 2017-1652

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/010,751.

———————————

## JUDGMENT

———————————

LAURA A. LYDIGSEN, Brinks Gilson & Lione, Chicago, IL, argued for appellant. Also represented by RALPH JOSEPH GABRIC, GERALD PETER NICHOLS.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, MONICA BARNES LATEEF.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 13, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |